# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT OSBORNE,

      Movant/Defendant,

vs.

UNITED STATES OF AMERICA,

      Respondent/Plaintiff.

Case No.: 2:11-cr-00160-GMN-GWF-1

**ORDER**

    Before the Court is Movant/Defendant, Robert Osborne's First 2255 Motion to Vacate a Federal Sentence (State/Federal Concurrent Time Issue) (Only Alteration in the Language of the Judgment Requested) filed on July 8, 2013. (ECF No. 42). Also before the Court is Respondent/Plaintiff, United States of America's Response (non-opposing) to Defendant's Motion to Correct Sentence. (ECF No. 45).

    The Court having read the pleadings of the parties, and good cause appearing therefore, hereby **GRANTS** Movant/Defendant Robert Osborne's First 2255 Motion to Vacate a Federal Sentence (State/Federal Concurrent Time Issue) (Only Alteration in the Language of the Judgment Requested) filed on July 8, 2013. (ECF No. 42).

    **IT IS HEREBY ORDERED** that Defendant's Judgment (ECF No. 28) filed on December 27, 2011, is hereby **VACATED**.

    **IT IS FURTHER ORDERED** that an **Amended Judgment** shall be entered, identical in all respects to the Judgment being vacated (ECF No. 28), except that in the **Imprisonment section** on page two of the Judgment, the **amended language** shall now read as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

TWENTY-SEVEN (27) MONTHS.  This sentence to run concurrent to the State of Nevada sentences in State of Nevada vs. Robert J. Osborne, case number C278230-1 and C278560-1. The Bureau of Prisons should designate Osborne to serve his federal sentence in Nevada Department of Corrections custody until the state court sentence is expired.

**DATED** this 13th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge